IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

PRINCE E. JONES , Plaintiff

v.

UNITED STATES ,

FEDERAL BUREAU OF PRISONS

Jennifer Seroski PA-C

B. FOSTER Sis-Tech , Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

## A.  PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

PRINCE E. JONES # 32455-007  USP ADMAX P.O. BOX 8500
(Name, prisoner identification number, and complete mailing address) FLORENCE CO. 81226

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: *(Please explain)* D.C. Prisoner

## B.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Jennifer Seroski  PA-C
(Name, job title, and complete mailing address)

5880 State Highway 67 Florence, CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

Defendant is employee of Federal Government Health Services Agent

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: **B. Foster SIS-Tech**
(Name, job title, and complete mailing address)
5880 State Highway 67 Florence, CO 81226 or
400 States Avenue Tower II 8th floor Gateway Complex
Kansas City, Kansas 66101-2492

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

**Defendant is a Federal correctional officer**

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: **UNITED STATE - FEDERAL BUREAU OF PRISONS**
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

**Defendant is a Federal Corporation Agency**

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

✓ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) _____

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Federal Bureau of Prison Health Service has deprived Plaintiff of Adequate Medical treatment and care

Supporting facts:

Plaintiff arrived at USP ADMAX on January 6, 2021. upon my arrival Health Service was required under Program Statement 6031.04 to conduct a full medical assessment of Plaintiffs medical needs. Health Services failed to comply with Federal Prison Policy. Plaintiff made several written request to Health Services requesting initial medical assessment and a full physical. Plaintiffs requests were ignored and denied. Plaintiff continued to make Sick call request for physical which Plaintiff have not had in over 6 years which continue to be denied. Plaintiff has made Sick call request to be provided with Medical Lotion and Soap for my Body skin condition. Medical staff Jennifer Seroski, P.A-C issued Plaintiff with Shampoo for scalp and directed Plaintiff to use it for his entire body as both lotion and Soap which is against the directions on the label on the bottle. Plaintiff did as instructed and suffered burn on his body followed by extremly Dry Skin which crack and bleed. Plaintiff made further request to Medical for lotion and to be seen by a Dermatologist skin doctor. My request was ignored and denied. Plaintiff then Made above said request to Prison Administration at every level available with no relief. Federal Bureau of Prison and Health Service are in Violation of their own policy which has deprived and Violated Plaintiff 8th Amendment. Plaintiff has no choice but to accept to suffer pain and denial of adequate medical treatment which amounts to torture because Plaintiff can not receive medical care from any other source

## D. STATEMENT OF CLAIM

Plaintiff continue to place sick call request into medical Health Service Department which are ignored or rejected without providing Plaintiff with treatment of his medical needs. Defendants continue to leave Plaintiff with no choice but to suffer in pain From Medical neglect and mal-practice

Wherefore Plaintiff seeks $100,000 in damages and compensation for Defendants mal-pratice which violated Prison policy under Program Statement 6031.04 Patient Care, and for the Violation of Plaintiffs Eighth 8th Amendment Constitutional Right to be free from Cruel and Unusual punishment.

## D. STATEMENT OF CLAIM

On January 6, 2021 Plaintiff arrived a USP ADMAX Florence with Personal Property. Prison Staff Defendant B. Foster Confiscated over 200 pages of legal Documents and two Book; [Redemption Manual #5, and Letters to Authorities]. Defendant issued Plaintiff a Confiscation and Disposition Form. Plaintiff request Defendant to send his personal Property Home or to his Attorney, in accordance with Prison Program Statement 5580.08-2 III, and 553.14 3-(b). Defendants denied Plaintiff request. Defendant Failed to comply with its own policy in its dealing with Plaintiff's personal Property upon Plaintiff's transfer to new institution. Prison Program Statement 553.14, 3-(b) required Defendant to arrange for Plaintiff personal property to be mailed to a non Bureau destination of Plaintiff choice. Defendant deprived Plaintiff of this Due process right. Plaintiff then sought relief under Admistrative Remedy process, at every level it Failed to establish its own policy under Program Statement 5580.08-2 III and 553.14-3-(b) and denied Plaintiff relief. Wherefore Defendants violated its own policy which has and continue to deprive Plaintiff of his Constitutional Right under the Fifth 5+ Amundment due process clause and property rights.

Plaintiff seeks $11,000 in damages and Compensation for the loss and Destruction of his personal property without Due Process.

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): District of Columbia

Docket number and court: not available - dont remember

Claims raised: $4^{th}, 5^{th}$ and 10th Amendment violation

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) On Appeal

Reasons for dismissal, if dismissed: Failure to state claim

Result on appeal, if appealed: pending - Denied

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    ✓ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff seeks $100,000. ONE HUNDRED THOUSAND DOLLARS in damages against Defendants UNITED STATES BUREAU OF PRISON and Defendant Jennifer Seroski, PA-C For puntive Nominal and Compensational Damages Suffered For the Continue Denial of Medical Care Causing pain and suffering

Plaintiff seeks $11,000 ELEVIN THOUSAND DOLLARS in damages against Defendants United States Federal Bureau of Prison and Defendant B. Foster sis-Tech for puntive Nominal and compensational damages Suffered from the deprivation of personal property and Denial of Due Process under the 5th Amendment For the Forfeiture and violation of programe Statement 5580.08 - 2 III and 553.14 3-(b).

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

JONES PRINCE
(Plaintiff's signature)

October 18, 2022
(Date)

(Form Revised December 2017)






Legal-Mail

JONES, PRINCE
32455-007
USP ADMAX
P.O. Box 8500
Florence CO. 81226

To: THE CLERK OF COURT
FOR UNITED STATES
901 19th Street Room A105
Denver, CO 80294-3589

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

OCT 28 2022

DATE: _____ "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.